# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**LINNETTE HALL,**

    **Plaintiff,**

**v.**                                                  Case No: 5:21-cv-193-GKS-PRL

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court on the Commissioner's unopposed motion for a ninety-day extension of time to file the certified transcript of the record and a response to the Complaint. (Doc. 13). Due to the global COVID-19 pandemic, the SSA has taken certain steps to maximize social distancing, including suspending in-office services to the public and moving rapidly toward a virtual work environment. The SSA's Office of Appellate Operations ("OAO") in Falls Church, Virginia has redesigned its business practices to allow for a mostly virtual transcript preparation process. Despite these changes, the OAO faces a significant backlog of work that has built up during the past months.

Accordingly, the Commissioner's unopposed motion (Doc. 13) is **GRANTED** to the extent that the Commissioner shall file the transcript of the record for this case and a response to the Complaint on or before **October 4, 2021.**

**DONE** and **ORDERED** in Ocala, Florida on July 14, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties